UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Debtors.
_____/

DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Plaintiffs/Appellees,

    v.

INDYMAC FEDERAL BANK FSB; QUALITY LOAN SERVICE CORP.,

        Defendants/Appellants.
_____/

No. C 09-4993 PJH/09-6031 PJH
Bankr. Case No. 08-45900
Adv. Case No. 09-4045

**ORDER FOR CONSOLIDATED BRIEFING**

       Under separate order today, the court related the above two bankruptcy appeals because they involve an appeal of related orders issued by the bankruptcy court on October 2, 2009, and December 10, 2009, in the above adversary proceeding.

       Previously, on October 20, 2009, and December 28, 2009, the clerk's office of this court issued notices and scheduling orders in C 09-4993 PJH and C 09-6031 PJH, respectively. According to those notices, the briefing schedules on appeal are triggered by this court's receipt of the records on appeal. In the most recent appeal, C 09-6031 PJH, the parties are still perfecting the record. However, based on the court's review of the bankruptcy court's docket in adversary case 09-4045, it appears that the record has already been perfected in C 09-4993 PJH, and that this court's clerk's office should have received the record already. That is not the case, though. Accordingly, if the record has

indeed been perfected in C 09-4993 PJH as it appears, the clerk of the bankruptcy court should transmit it to this court.  If there is a problem with the record, the clerk of the bankruptcy court should notify this court regarding the nature of the problem.

Because the parties and the issues are overlapping, once the records in both appeals, C 09-4993 PJH and C 09-6031 PJH, are received, briefing in both cases is hereby consolidated.  After the record in C 09-6031 PJH, the later-filed appeal, is entered on the court's docket, appellant must file and serve **one** brief not exceeding 25 pages in length no later than 28 days after the record has been entered.  Appellee must file and serve **one** opposition brief not exceeding 25 pages in length within **twenty days** of service of appellant's brief.  The appellant must file and serve **one** reply brief not exceeding 15 pages in length within **ten days** of service of appellees' brief.  The matter will be decided on the papers.

**IT IS SO ORDERED.**

Dated: January 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

2