UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Debtors.
_____/

DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Plaintiffs/Appellees,

        v.

INDYMAC FEDERAL BANK FSB; QUALITY LOAN SERVICE CORP.,

        Defendants/Appellants.
_____/

No. C 09-4993 PJH/09-6031 PJH
Bankr. Case No. 08-45900
Adv. Case No. 09-4045

**ORDER TO SHOW CAUSE**

On January 8, 2010, this court related the above two bankruptcy appeals and ordered consolidated briefing. The appeals were filed months ago, on October 20, 2009, and December 28, 2009. In that January 8, 2010 order, the court noted that it appeared from the bankruptcy court's docket that the record had already been perfected in C 09-4993 PJH, and that this court's clerk's office should have received the record as of January 8, 2010, but had not. The court further stated that:

> if the record has indeed been perfected in C 09-4993 PJH as it appears, the clerk of the bankruptcy court should transmit it to this court. If there is a problem with the record, the clerk of the bankruptcy court should notify this court regarding the nature of the problem.

The records in both cases should have been designated and perfected by now in accordance with Federal Rule of Bankruptcy Procedure 8006, and should have been

submitted to the court, but have not.  Nor has this court received any explanation regarding the status of the records.

It is not clear to the court whether the parties have complied with FRBP 8006 in perfecting the record before the bankruptcy court.  Accordingly, the parties are ORDERED to respond **within 10 days of the date of this order** as to (1) the status of the record; and (2) assuming that the parties have failed to perfect the record to date, why these appeals should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 19, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Clerk of the Bankruptcy Court, Oakland Div.
    Honorable Randall J. Newsome