**United States District Court**
For the Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7

In re DONALD L.  CLAWSON, II, and DEBRA
8    A.  CLAWSON,

9            Debtors.
    _____/
10
DONALD L.  CLAWSON, II, and DEBRA
11   A.  CLAWSON,

12
            Plaintiffs/Appellees,          No. C 09-4993 PJH/09-6031 PJH
13                                          Bankr. Case No.  08-45900
                                            Adv. Case No.  09-4045
14       v.
                                           **ORDER TO SHOW CAUSE**
15   INDYMAC FEDERAL BANK FSB; QUALITY
    LOAN SERVICE CORP.,
16
            Defendants/Appellants.
17   _____/

18
        On January 8, 2010, this court related the above two bankruptcy appeals and
19
ordered consolidated briefing.  The appeals were filed months ago, on October 20, 2009,
20
and December 28, 2009.  In that January 8, 2010 order, the court noted that it appeared
21
from the bankruptcy court's docket that the record had already been perfected in C 09-
22
4993 PJH, and that this court's clerk's office should have received the record as of January
23
8, 2010, but had not.  The court further stated that:
24
        if the record has indeed been perfected in C 09-4993 PJH as it appears, the
25      clerk of the bankruptcy court should transmit it to this court.  If there is a
        problem with the record, the clerk of the bankruptcy court should notify this
26      court regarding the nature of the problem.

27   The records in both cases should have been designated and perfected by now in

28   accordance with Federal Rule of Bankruptcy Procedure 8006, and should have been

1    submitted to the court, but have not.  Nor has this court received any explanation regarding

2    the status of the records.

3         It is not clear to the court whether the parties have complied with FRBP 8006 in

4    perfecting the record before the bankruptcy court.  Accordingly, the parties are ORDERED

5    to respond **within 10 days of the date of this order** as to (1) the status of the record; and

6    (2) assuming that the parties have failed to perfect the record to date, why these appeals

7    should not be dismissed for failure to prosecute.

8    **IT IS SO ORDERED.**

9

10   Dated: March 19, 2010

11                                                    _____

12                                                    PHYLLIS J. HAMILTON
                                                      United States District Judge
13

14

15   cc:    Clerk of the Bankruptcy Court, Oakland Div.
            Honorable Randall J. Newsome
16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

2