UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE DONALD L. CLAWSON II et al,

    Plaintiff,

                                  /

Case Number: CV09-4993/09-06031 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court,  
Northern District of California, Oakland  
1300 Clay Street  
Suite 300  
P.O. Box 2070  
Oakland, CA 94604

Randall J. Newsome  
U.S. Bankruptcy Court  
1300 Clay Street, Suite 300  
P.O. Box 2070  
Oakland, CA 94604

Dated: March 22, 2010

Richard W. Wieking, Clerk  
By: Nichole Heuerman, Deputy Clerk