# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Nos.: C-09-04993 PJH |
| | C-09-06031 PJH |
| Bankruptcy Case No.: 08-45900 N | |
| | CHAPTER 7 |
| DONALD L. CLAWSON, II and | |
| DEBRA A. CLAWSON, | Bankruptcy Case No. 08-45900 |
| Debtors. | Adversary Proceeding No.: 09-04045 |
| _____/ | |
| DONALD L. CLAWSON, II and | |
| DEBRA A. CLAWSON, | |
| Plaintiffs/Appellees, | |
| | |
| v. | |
| | |
| INDYMAC BANKCORP, INC. dba | |
| INDYMAC FEDERAL BANK FSB; | |
| and QUALITY LOAN SERVICE, CORP., | |
| Defendants/Appellants. | |
| _____/ | |

Appeals from Order of the United States Bankruptcy Court,
Northern District of California

The Honorable Randall J. Newsome, Judge, presiding

---

### PROPOSED ORDER FOR EXTENSION OF TIME IN WHICH TO FILE APPELLEES' BRIEF

---

Upon consideration of the parties' Stipulation to an Extension of Time in which to file the Appellees' Brief in the above-titled matter, and good cause showing from that Stipulation, this Court approves the parties' Stipulation and Orders that Appellees shall have until July 21, 2010 to file their Appellees' Brief with this Court.  Appellants' reply brief is due August 4, 2010.  No further extensions will be granted.

***<s>END OF ORDER</s>***

6/15/10



**SERVICE LIST**

*Debtors' Attorney*
David M. Sternberg, Esq.
DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
Walnut Creek, CA 94598

*Attorneys for IndyMac Federal Bank FSB/OneWest Bank*
Kristin A. Schuler-Hintz, Esq.
McCARTHY & HOLTHUS, LLP
811 S. 6th Street
Las Vegas, NV 89101

*Attorneys for IndyMac Federal Bank FSB/OneWest Bank*, *Quality Loan Service Corporation*
Matthew Podmenik, Esq.
Thomas Holthus, Esq.
Melissa Robbins, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612

**John Kendall**
2411 Santa Clara Ave., Suite 12
Alameda, CA 94501

**United States Bankruptcy Court**
The Honorable Randall J. Newsome
Bankruptcy Judge
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

## **DECLARATION OF SERVICE**

I, John T. Schreiber, declare:

I am a citizen of the United States and am employed in the County of Contra Costa, State of California. I am over the age of 18 years and not a party to this action. My business address is 2000 Ridgewood Rd., Alamo, CA 94507.

I further declare that I am familiar with the business practice of the Law Offices of John T. Schreiber for service of documents, that documents served by facsimile are transmitted in and the original deposited with the United States Postal Service in the ordinary course of business on the same day. Documents served by mail are deposited with the United States Postal Service in the ordinary course of business on the same day. Documents served personally are delivered the same day.

On June 11, 2010 I served the following documents on the persons listed below:

- **STIPULATION TO EXTENSION OF TIME IN WHICH TO FILE APPELLEES' BRIEF**

- **PROPOSED ORDER FOR EXTENSION OF TIME IN WHICH TO FILE APPELLEES' BRIEF**

*Debtors' Attorney*
David M. Sternberg, Esq.
DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
Walnut Creek, CA 94598

*Attorneys for IndyMac Federal Bank FSB/OneWest Bank*
Kristin A. Schuler-Hintz, Esq.
McCARTHY & HOLTHUS, LLP
811 S. 6th Street
Las Vegas, NV 89101

*Attorneys for IndyMac Federal Bank FSB/OneWest Bank*, *Quality Loan Service Corporation*
Matthew Podmenik, Esq.
Thomas Holthus, Esq.
Melissa Robbins, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**

Office of the U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612

**John Kendall**
2411 Santa Clara Ave., Suite 12
Alameda, CA 94501

**United States Bankruptcy Court**
The Honorable Randall J. Newsome
Bankruptcy Judge
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604

  in the following manner of service (check appropriate):

  ___XX___ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business. I am aware that on a motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  _____ **BY FACSIMILE**: I transmitted all documents to all parties in this action by facsimile at the telephone numbers indicated above and thereafter placed each such sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at the Law Offices of John T. Schreiber, Alamo, California.

  ___XX___ **BY ELECTRONIC FILING:** The documents were filed electronically via this court's CM/ECF system. Accordingly, service was made by virtue of a Notice of Electronic Filing ("NEF") generated automatically upon the filing of the document and transmitted to the email addresses of all counsel of record who have consented to electronic service. By the terms of the court's rules regarding electronic filing, service is deemed complete upon the transmission of the NEF.

  _____ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the addressee(s) listed above.

  I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed on June 11, 2010, at Alamo, California.

            By: ___/s/ John T. Schreiber___
               John T. Schreiber

Case 4:09-cv-04993-PJH   Document 29   Filed 06/15/10   Page 5 of 5