UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

    Debtors.
_____/

DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

    Plaintiffs/Appellees,

    v.

INDYMAC FEDERAL BANK FSB; QUALITY LOAN SERVICE CORP.,

    Defendants/Appellants.
_____/

No. C 09-4993 PJH/09-6031 PJH
Bankr. Case No. 08-45900
Adv. Case No. 09-4045

**ORDER RE: RECORD ON APPEAL**

It has come to the court's attention that the parties omitted a material document from the record on appeal. The plaintiffs' proposed findings of fact and conclusions of law submitted to the bankruptcy court in conjunction with the September 16, 2009 evidentiary are missing from the record on appeal. Plaintiffs/appellees are ORDERED to provide the court with a copy of the above document no later than **Friday, August 6, 2010.** See Fed. R. App. Proc. 10(e)(2); Advisory Committee Notes, Fed. R. Bankr. Proc. 8006 (noting that Rule 8006 is an adaptation of Fed. R. App. Proc. 10).

**IT IS SO ORDERED.**

Dated: August 4, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge