United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Debtors.
_____/

DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Plaintiffs/Appellees,

    v.

INDYMAC FEDERAL BANK FSB; QUALITY LOAN SERVICE CORP.,

        Defendants/Appellants.
_____/

No. C 09-4993 PJH/09-6031 PJH
Bankr. Case No. 08-45900
Adv. Case No. 09-4045

**ORDER RE: CHAMBERS COPIES**

On July 27, 2010, plaintiffs/appellees filed a request for judicial notice along with multiple exhibits. Counsel failed to submit chambers copies on July 28, 2010 as required by this court's local rules. On Wednesday, August 4, 2010, a member of chambers staff for the undersigned left a message for appellees' counsel advising him that the court still had not received chambers copies of the documents and that the copies were due immediately. In spite of that, counsel still has not submitted the chambers copies to the court. If plaintiffs/appellees desire the court to consider their request for judicial notice and accompanying exhibits, they are ordered to provide the court with chambers copies **no later than 9:00 a.m. on Tuesday, August 10, 2010** or the court will strike the request and exhibits for failure to comply with the court's local rules.

**IT IS SO ORDERED.**

Dated: August 9, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge