# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case Nos.: C-09-04993 PJH |
| | C-09-06031 PJH |
| Bankruptcy Case No.: 08-45900 N | |
| | CHAPTER 7 |
| DONALD L. CLAWSON, II and | |
| DEBRA A. CLAWSON, | Bankruptcy Case No. 08-45900 |
| Debtors. | Adversary Proceeding No.: 09-04045 |
| _____/ | |
| DONALD L. CLAWSON, II and | |
| DEBRA A. CLAWSON, | |
| Plaintiffs/Appellees, | |
| | |
| v. | |
| | |
| INDYMAC BANKCORP, INC. dba | |
| INDYMAC FEDERAL BANK FSB; | |
| and QUALITY LOAN SERVICE, CORP., | |
| Defendants/Appellants. | |
| _____/ | |

Appeals from Order of the United States Bankruptcy Court,
Northern District of California

The Honorable Randall J. Newsome, Judge, presiding

---

### ~~PROPOSED~~ ORDER GRANTING APPELLEES' REQUEST FOR JUDICIAL NOTICE

---

Upon consideration of the Appellees' Request for Judicial Notice, this Court approves Appellees' Request and Orders that Judicial Notice be taken of the matters contained in Appellees' Request.

***~~END OF ORDER~~***

8/12/10



# SERVICE LIST

*Debtors' Attorney*
David M. Sternberg, Esq.
DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
Walnut Creek, CA 94598

*Attorneys for IndyMac Federal Bank FSB/OneWest Bank*
Kristin A. Schuler-Hintz, Esq.
McCARTHY & HOLTHUS, LLP
811 S. 6th Street
Las Vegas, NV 89101

*Attorneys for IndyMac Federal Bank FSB/OneWest Bank*, *Quality Loan Service Corporation*
Matthew Podmenik, Esq.
Thomas Holthus, Esq.
Melissa Robbins, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612

**John Kendall**
2411 Santa Clara Ave., Suite 12
Alameda, CA 94501

**United States Bankruptcy Court**
The Honorable Randall J. Newsome
Bankruptcy Judge
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604