# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

Bankruptcy Case No.: 08-45900 N

DONALD L. CLAWSON, II and
DEBRA A. CLAWSON,

               Debtors.

_____/

DONALD L. CLAWSON, II and
DEBRA A. CLAWSON,

               Plaintiffs/Appellees,

v.

INDYMAC BANKCORP, INC. dba
INDYMAC FEDERAL BANK FSB;
and QUALITY LOAN SERVICE, CORP.,

               Defendants/Appellants.

_____/

Case Nos.: C-09-04993 PJH
             C-09-06031 PJH

CHAPTER 7

Bankruptcy Case No. 08-45900
Adversary Proceeding No.: 09-04045

Appeals from Order of the United States Bankruptcy Court,
Northern District of California

The Honorable Randall J. Newsome, Judge, presiding

---

## ~~PROPOSED~~ ORDER GRANTING APPELLEES' REQUEST FOR JUDICIAL NOTICE

---

Upon consideration of the Appellees' Request for Judicial Notice, this Court approves

Appellees' Request and Orders that Judicial Notice be taken of the matters contained in

Appellees' Request.

***~~END OF ORDER~~***

8/12/10



## SERVICE LIST

***Debtors' Attorney***
David M. Sternberg, Esq.
DAVID M. STERNBERG & ASSOCIATES
540 Lennon Lane
Walnut Creek, CA 94598

***Attorneys for IndyMac Federal Bank FSB/OneWest Bank***
Kristin A. Schuler-Hintz, Esq.
McCARTHY & HOLTHUS, LLP
811 S. 6th Street
Las Vegas, NV 89101

***Attorneys for IndyMac Federal Bank FSB/OneWest Bank***, ***Quality Loan Service Corporation***
Matthew Podmenik, Esq.
Thomas Holthus, Esq.
Melissa Robbins, Esq.
McCARTHY & HOLTHUS, LLP
1770 Fourth Avenue
San Diego, CA 92101

**U.S. Trustee**
**Office of the U.S. Trustee/Oak**
Office of the U.S. Trustee
1301 Clay Street, #690N
Oakland, CA 94612

**John Kendall**
2411 Santa Clara Ave., Suite 12
Alameda, CA 94501

**United States Bankruptcy Court**
The Honorable Randall J. Newsome
Bankruptcy Judge
1300 Clay Street, Suite 300
P.O. Box 2070
Oakland, CA 94604