1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DONALD L. CLAWSON, II, and DEBRA
A. CLAWSON,

               Debtors.
_____/

DONALD L. CLAWSON, II, and DEBRA
A. CLAWSON,

               Plaintiffs/Appellees,

      v.

INDYMAC FEDERAL BANK FSB; QUALITY
LOAN SERVICE CORP.,

               Defendants/Appellants.
_____/

No. C 09-4993 PJH/09-6031 PJH
   Bankr. Case No. 08-45900
   Adv. Case No. 09-4045

**JUDGMENT**

     Pursuant to the Order Re: Bankruptcy Appeal signed today, the decision of the

bankruptcy court is REVERSED, and the matter REMANDED to the bankruptcy court.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge