United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Debtors.
_____/

DONALD L. CLAWSON, II, and DEBRA A. CLAWSON,

        Plaintiffs/Appellees,

    v.

INDYMAC FEDERAL BANK FSB; QUALITY LOAN SERVICE CORP.,

        Defendants/Appellants.
_____/

No. C 09-4993 PJH/09-6031 PJH
Bankr. Case No. 08-45900
Adv. Case No. 09-4045

**JUDGMENT**

    Pursuant to the Order Re: Bankruptcy Appeal signed today, the decision of the bankruptcy court is REVERSED, and the matter REMANDED to the bankruptcy court.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 13, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge